UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEON ANTONIO CHEALY

v.                         Case No. 2:16-cv-556-FtM-33MRM
                                    2:04-cr-51-FtM-33MRM

UNITED STATES OF AMERICA
_____/

### ORDER

This cause is before the Court upon the filing of the Joint Stipulation Regarding § 2255 Motion and Resentencing (Doc. cv-8), filed on July 25, 2016. Pursuant to the Stipulation, the parties have agreed that (1) Chealy's § 2255 Motion should be granted because his Georgia burglary convictions no longer qualify as predicate offenses under the Armed Career Criminal Act (ACCA); (2) Chealy's 2005 judgment should be vacated; and (3) Chealy should be resentenced without the ACCA enhancement. (Id. at ¶ 5).

Accordingly, the Amended Judgment entered in the criminal case on June 17, 2005, (Doc. cr-78), in which Chealy was sentenced to 200 months imprisonment followed by 60 months supervised release, is **VACATED**. Pursuant to the Stipulation, Chealy is re-sentenced *in absentia* to time served, followed by 36 months supervised release. The conditions for supervised release imposed by the Amended Judgment entered on

June 17, 2005, are hereby imposed as conditions of supervised release.  The Clerk is directed to enter this judgment and to thereafter **CLOSE** the civil case.

    **DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th day of July, 2016.

                                          VIRGINIA M. HERNANDEZ COVINGTON
                                          UNITED STATES DISTRICT JUDGE